THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:13-cr-00064-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| GERARDO VASQUEZ-LOZANO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Waive Minimum Time Periods Required by Fed. R. Crim. P. Rule 32 [Doc. 13].

The Defendant moves to waive the minimum time periods required under Rule 32 of the Federal Rules of Criminal Procedure regarding the disclosure of any objections to the Presentence Investigation Report (PSR) so that the Defendant may be sentenced before the expiration of the 35 days required by Rule 32 for the filing of objections to the PSR. The Government does not oppose the Defendant's motion. For the reasons stated therein, and for good cause shown, the Court will grant the Defendant's Motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Waive Minimum Time Periods Required by Fed. R. Crim. P. 32 [Doc. 13] is **GRANTED**.

**IT IS SO ORDERED.**

Signed: April 4, 2014

Martin Reidinger
United States District Judge